**98–66.   State ex rel. Shelton v. Firemen & Policemen's Death Benefit Fund.**
Lorain App. No. 97CA006677.

DOUGLAS, RESNICK and COOK, JJ., dissent.

**98–67.   Geib v. Triway Local Bd. of Edn.**
Wayne App. No. 97CA0016.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**98–81.   Cappara v. Schibley.**
Cuyahoga App. Nos. 71070, 71368 and 71399.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**98–104.   Wagner v. Roche Laboratories.**
Lucas App. No. L–93–277.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**98–130.   State v. Rance.**
Lucas App. No. L–96–277.   Discretionary appeal allowed and cause consolidated with 98–2, *supra*.

PFEIFER, J., dissents.

**98–139.   Mikesell v. Farm Credit Serv. of MidAmerica, ACA.**
Coshocton App. Nos. 97CA1 and 97CA2.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**98–162.   Desenco, Inc. v. Akron.**
Summit App. No. 18321.

RESNICK and F.E. SWEENEY, JJ., dissent.

**98–171.   Chandler & Assoc., Inc. v. America's Healthcare Alliance, Inc.**
Cuyahoga App. Nos. 71325 and 71832.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**98–190.   Estate of Weitzel v. Cuyahoga Falls.**
Portage App. No. 97–P–0036.   The discretionary appeal is allowed; *sua sponte,* cause held for the decision in 97–1870, *Burger v. Cleveland Hts.,* Cuyahoga App. No. 72675; briefing schedule stayed.

DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

**98–206.   Sasaki v. McKinnon.**
Cuyahoga App. No. 71941.

COOK and LUNDBERG STRATTON, JJ., dissent.

**98–213.   FOE Aerie 3958 Huber Hts. v. Ohio Liquor Control Comm.**
Montgomery App. No. 15979.   The discretionary appeal is allowed; *sua sponte,* cause held for the decision in 96–1269 *et seq., AL Post 763 v. Ohio Liquor Control Comm.;* briefing schedule stayed.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.